BARRY J. PORTMAN
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant MATAU

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>  Plaintiff,  )<br>  )<br>  v.  )<br>  )<br>JULIE MATAU and ANDREA MATAU,  )<br>  )<br>  Defendants.  )<br>  )<br>_____  ) | No. CR 10-919 CW<br><br>STIPULATION and ORDER FOR ALTERED MOTION BRIEFING SCHEDULE AND HEARING<br><br>Date: March 9, 2011<br>Time: 2:30 p.m.<br>Court: The Honorable Claudia Wilkin |

Undersigned counsel stipulate as follows:

1. The parties concur and ask the Court to adopt the following altered proposed briefing schedule for Defendant's Motion for Transfer of Venue:

| | |
|---|---|
| Opening Motion Due: | February 10, 2011 |
| Response Due: | February 24, 2011 |
| Reply Due: | March 2, 2011 |
| Hearing: | March 9, 2011 at 2:30 p.m |

IT IS SO STIPULATED.

DATED:   February 24, 2011                     _____/S/_____

                                                                ELIZABETH M. FALK
                                                                Assistant Federal Public Defender

*Matau*, CR 10-919 CW
STIP. RE: BRIEFING
SCHEDULE

1
2  DATED: February 24, 2011                    _____/S/_____
3
4                                               MARIA LERNER
                                                Sr. Trial Attorney
5                                               United States Department of Justice
6
7
8                                    **ORDER**
9       GOOD CAUSE APPEARING, it is hereby ORDERED that the briefing schedule
10  contained herein on defendant's Motion to Transfer Venue is hereby ALTERED as stated
11  in this stipulation.
12
13  IT IS SO ORDERED.
14
15  DATED:__3/1/11_____           _____[signature]_____
16                                       THE HONORABLE CLAUDIA WILKIN
                                         UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28

*Matau*, CR 10-919 CW
STIP. RE: BRIEFING
SCHEDULE                                2