MARIA LERNER
EDWARD LOYA
Trial Attorneys
Public Integrity Section
U.S. Department of Justice
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 514-1412
Facsimile: (202) 514-3003

Attorneys for the United States

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JULIE MATAU and ANDREA MATAU,<br><br>    Defendants. | No. CR 10-919 (CW) (DMR)<br><br><u>STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' CONDITIONS OF RELEASE WHILE ON TRAVEL TO AMERICAN SAMOA</u><br><br>**The Honorable Donna M. Ryu** |

   Whereas it was the Court's intention, as requested by the Government and agreed to by the defendants, that an additional condition of defendants' release be included for the time during which they are in American Samoa (June 28 through July 12, 2011), that condition being that defendants shall not have any contact with any potential Government witness during that time; and

   Whereas it appears that this condition was inadvertently left out of the release paperwork signed by defendants (*see* docket entries 42 and 44);

   The parties hereby stipulate and request the Court to sign the attached proposed order

including such a condition, and binding the defendants to that condition.

    IT IS SO STIPULATED.

DATE:  June 27, 2011            **RESPECTFULLY SUBMITTED,**

                                  JACK SMITH
                                  Chief

                                  _/s / Maria Lerner_
                                  Maria Lerner
                                  Edward Loya
                                  Trial Attorneys
                                  Public Integrity Section

                                  _/s/ Elizabeth Falk_
                                  Elizabeth Falk
                                  Assistant Federal Public Defender
                                  Counsel for Julie Matau

                                  _/s/ Josh Cohen_
                                  Josh Cohen
                                  Counsel for Andrea Matau


## **ORDER**

    Pursuant to stipulation, and for good cause shown, it is hereby ORDERED that during the time in which they are in American Samoa to assist their attorneys, that time being June 28, 2011 through July 12, 2011, neither defendant may have any contact with any potential Government witness.

    IT IS SO ORDERED.

DATED:  6/28/11                          _____
                                  DONNA M. RYU
                                  UNITED STATES MAGISTRATE JUDGE