```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  ELIZABETH M. FALK
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant MATAU
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-919 CW |
| --- | --- | --- |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER FOR CONTINUANCE OF** |
| v. | ) | **SETTLEMENT CONFERENCE** |
| | ) | |
| JULIE MATAU, | ) | Date:  October 7, 2011 |
| | ) | Time:  10:00 a.m. |
| Defendant. | ) | Court: The Honorable Laurel Beeler |
| _____ | ) | |

The parties hereby stipulate and agree as follows:

1. This matter is set for a settlement conference on October 7, 2011 at 10:00 a.m. before Judge Beeler;

2. Counsel for Julie Matau is scheduled to be in trial on October 7, 2011 and can no longer make the settlement conference;

3. The parties thus jointly request that the settlement conference be continued to October 13, 2011 at 2:30 p.m.

//

IT IS SO STIPULATED.

Dated: September 27, 2011

_____/S/_____
ELIZABETH M. FALK
ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Julie Matau

Dated: September 27, 2011

_____/S/_____
JOSHUA COHEN
Attorney for Andrea Matau

Dated: September 27, 2011             _____/S/_____
Edward Joseph Loya , Jr.
U.S. Department of Justice
Public Integrity Section, Criminal Division

# [PROPOSED] ORDER

For the reasons set forth above, the settlement conference in the aforementioned matter is hereby CONTINUED from October 7, 2011 to October 13, 2011 at 2:30 p.m. The Settlement Conference Statements are due on October 5, 2011. Counsel may email the statement to lbpo@cand.uscourts.gov.   The previous Notice and Order setting the settlement conference dated August 30, 2011 remain in effect.

**IT IS SO ORDERED**.

DATED:  October 3, 2011             _____
THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT JUDGE