1   GEOFFREY A. HANSEN
    Acting Federal Public Defender
2   ELIZABETH M. FALK
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
    Counsel for Defendant MATAU
6

7                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,          )   No. CR 10-919 CW
                                       )
11                  Plaintiff,         )   **STIPULATION AND ORDER**
                                       )   **MODIFYING IN-DISTRICT BOND**
12        v.                           )   **CONDITION PRIOR TO SURRENDER**
                                       )   **DATE**
13  JULIE MATAU,                       )
                                       )
14                  Defendant.         )   Court:      The Honorable Donna Ryu
                                       )
15  _____)

16

17        The parties hereby stipulate and agree as follows:

18        1.    Defendant Julie Matau hereby requests permission to travel out of the district

19              prior to her surrender date to the Bureau of Prisons, which is May 29, 2012, for

20              the purpose of visiting relatives in Southern California;

21        2.    Defendant Julie Matau thus requests this Court to modify the bond condition

22              requiring her to remain in the Northern District of California between now and

23              May 29, 2012, to allow for travel throughout the state of California;

24        3.    In so requesting a stay of that bond condition, defendant Julie Matau hereby

25              attests that she will 1) provide Pretrial Services with an itinerary of her trip,

26              including the method and mode of transportation, proposed dates of travel, and

1      the locations she anticipates visiting, 2) keep in telephone contact with U.S.

2      Pretrial Services on a daily basis while out of the district, and provide all location

3      and contact information daily, and 3) cooperate with Pretrial Services by

4      providing any and all additional information requested by that agency regarding

5      her travel plans, travel locations, and contact information while traveling;

6      4.      United States Pretrial Services Officer Amaryllis Gonzalez has been consulted

7      regarding this stipulation.  As indicated by his signature below, she has no

8      objection to the proposed modification provided that the defendant promises to

9      comply and does comply with the aforementioned conditions stated in Paragraph

10      3, above;

11      5.      The government has also been consulted about this request.  As indicated by the

12      signature below, there is no opposition to the proposed modification of pre-

13      surrender bond terms.

14 IT IS SO STIPULATED.

15 Dated: May 10, 2012

16

17      _____/S/_____
ELIZABETH M. FALK

18      ASSISTANT FEDERAL PUBLIC DEFENDER
Attorney for Julie Matau

19

20 Dated: May 10, 2012      _____/S/_____
EDWARD JOSEPH LOYA JR.

21      U.S. Department of Justice
Public Integrity Section, Criminal Division

22

23

24 Dated: May 10, 2012      _____/S/_____

25      AMARYLLIS GONZALEZ

26      U.S. Pretrial Services Officer

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

**ORDER**

For the reasons set forth above, the bond conditions of Julie Matau are hereby modified between May 10, 2012 and May 29, 2012 as follows:

1. The condition requiring the defendant to remain in the Northern District of California is hereby MODIFIED to include and allow travel within the entire state of California (including the Central, Southern, and Eastern Districts of California);

2. Defendant Julie Matau is required, as a condition of this modification, to 1) provide Pretrial Services with an itinerary of her trip, including the method and mode of transportation, proposed dates of travel, and the locations she anticipates visiting, 2) keep in telephone contact with U.S. Pretrial Services on a daily basis while out of the district, and provide all location and contact information daily, and 3) cooperate with Pretrial Services by providing any and all additional information requested by that agency regarding her travel plans, travel locations, and contact information while traveling;

3. This modification of bond will terminate on May 29, 2012, at which time the defendant is expected by this Court to self-surrender to FCI Victorville, as directed by the Bureau of Prisons.

**IT IS SO ORDERED**.

DATED: 5/10/12                        _____

THE HONORABLE DONNA RYU
UNITED STATES MAGISTRATE JUDGE